**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

KIMBERLY BUCKHAULTER
AND LOUIS BROOKS, JR.                                                                PLAINTIFFS

vs.                                             CIVIL ACTION NO. 3:14-CV-545 HTW-LRA

BANK OF AMERICA CORPORATION
AND NATIONSTAR MORTGAGE, LLC                                               DEFENDANTS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson.  Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The motion for leave to proceed *in forma pauperis* [docket no. 2] is denied.

      **SO ORDERED AND ADJUDGED, this the 29th day of August, 2014.**

      s/ HENRY T. WINGATE
      UNITED STATES DISTRICT JUDGE